**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 98-6952**

———————

CEDRIC LACY,

Plaintiff - Appellant,

versus

CHAIRMAN, STATE OF NEW YORK EXECUTIVE
DEPARTMENT, DIVISION OF PAROLE; MACK JARVIS,
Secretary, North Carolina Department of
Corrections,

Defendants - Appellees.

———————

Appeal from the United States District Court for the Eastern District of North Carolina, at Raleigh.  W. Earl Britt, Senior District Judge.  (CA-98-326-BR-5)

———————

Submitted:  December 17, 1998          Decided:  January 5, 1999

———————

Before WILKINS, NIEMEYER, and TRAXLER, Circuit Judges.

———————

Affirmed by unpublished per curiam opinion.

———————

Cedric Lacy, Appellant Pro Se.

———————

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Cedric Lacy appeals the district court's order denying relief on his 42 U.S.C.A. § 1983 (West Supp. 1998) complaint. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. See <u>Lacy v. Chairman, New York Executive Dep't</u>, No. CA-98-326-BR-5 (E.D.N.C. June 17, 1998). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>

2